# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Case No. 8:10CR-92** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **ISRAEL VICENTE-ORTEGA,** ) | |
| ) | |
| **Defendant.** ) | |

This case is before the court on the defendant's Motion to Review Detention (#14). The defendant moves the court for review of detention and release to a third-party. As a result of the motion, the court requested that Pretrial Services contact the third-party and determine their suitability. The court is now in possession of a memorandum from Pretrial Services dated April 19, 2010 notifying the court that the third-party is no longer interested in being a custodian for the defendant.

**IT IS ORDERED** that defendant's Motion to Review Detention (#14) is denied.

Dated this 19th day of April 2010.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge